# COMPOSITE EXHIBIT

# "C"



# STATEMENT

LAUDERDALE
MARINE CENTER

| Statement Date Range |
| --- |
| Through Date: 03/14/2018 |

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | accountspayable@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

**Bill To:**

Mathew Cohen

710 Park Ave #16A
New York, 10021

| Date | Reference | Description | Vessel / Building - Unit | Charges | Unapplied Payments | Outstanding | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/30/2017 | 817628 | Open AR Oct 2017 Go-Live | | $10,417.15 | | $10,417.15 | $10,417.15 |
| 09/30/2017 | 817630 | Open AR Oct 2017 Go-Live | | $895.70 | | $895.70 | $11,312.85 |
| 10/01/2017 | 818666 | Open AR Oct 2017 Go-Live | | $119.25 | | $119.25 | $11,432.10 |
| 10/31/2017 | 819179 | Open AR Oct 2017 Go-Live | | $13,390.45 | | $13,390.45 | $24,822.55 |
| 10/31/2017 | 819181 | Open AR Oct 2017 Go-Live | | $1,110.67 | | $1,110.67 | $25,933.22 |
| 10/31/2017 | 819224 | Open AR Oct 2017 Go-Live | | -$1,057.88 | | -$1,057.88 | $24,875.34 |
| 11/30/2017 | I - 0001406 | Cloud Marina Sales Register | XOXO | $12,495.81 | | $12,495.81 | $37,371.15 |
| 11/30/2017 | I - 0001410 | Cloud Marina Sales Register | XOXO T/T | $1,074.84 | | $1,074.84 | $38,445.99 |
| 12/13/2017 | I - 0001407 | Cloud Marina Sales Register | XOXO | $5,687.43 | | $5,687.43 | $44,133.42 |
| 12/13/2017 | I - 0001409 | Cloud Marina Sales Register | XOXO T/T | $523.64 | | $523.64 | $44,657.06 |

| Current | 30 Days | 60 Days | 90 Days + | Total Due |
| --- | --- | --- | --- | --- |
| | | | $44,657.06 | $44,657.06 |

Remittance Information:
Bank Account: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
ABA Routing #: ▓▓▓▓▓▓▓▓▓
International Bank Swift #: ▓▓▓▓▓▓▓▓
Beneficiary Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Account #: ▓▓▓▓▓▓▓▓▓



# LAUDERDALE
## MARINE CENTER

# INVOICE

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 817628 |
| DATE | 09/30/2017 |
| DUE DATE | 09/30/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Dock Fees Sept 6-30 (25 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD4 | West Dockage @ $3.50/FT Sept 6-30 | 9,187.50 |
| USC3 | Utility Svc Chg 100A/240/Sgl Ph | 640.00 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $9,827.50 |
| SALES TAX | 589.65 |
| TOTAL | $10,417.15 |

**Wire Transfer:** ▓▓▓▓▓▓▓  **ABA Route:** ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓  **Account:** ▓▓▓▓▓▓
**Beneficiary:** ▓▓▓▓▓▓▓▓▓  **Swift Code:** ▓▓▓▓▓▓
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

# INVOICE

| | |
|---|---|
| INVOICE # | 817630 |
| DATE | 09/30/2017 |
| DUE DATE | 09/30/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

### T/T Dock Fees Sept 6-30 (25 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 003154 | XOXO T/T | ed7 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Southport | 26' | Center Console |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD1 | West Dockage @ $1.25/FT Sept 6-30 | 812.50 |
| USC | Non-Power Utility Svc Chg | 32.50 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $845.00 |
| SALES TAX | 50.70 |
| TOTAL | $895.70 |

**Wire Transfer:** ▓▓▓▓▓▓▓▓  **ABA Route:** ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓  **Account:** ▓▓▓▓▓▓▓
**Beneficiary:** ▓▓▓▓▓▓▓▓▓▓▓▓  **Swift Code:** ▓▓▓▓▓▓▓▓
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

# INVOICE

| | |
|---|---|
| INVOICE # | 818666 |
| DATE | 10/01/2017 |
| DUE DATE | 10/01/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Hazardous Waste Fee

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| D-WO | 9 buckets Oil - Disposal Fee | 112.50 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $112.50 |
| SALES TAX | 6.75 |
| TOTAL | $119.25 |

Wire Transfer: ▮▮▮▮▮▮▮▮   ABA Route: ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Account: ▮▮▮▮▮▮▮▮
Beneficiary: ▮▮▮▮▮▮▮▮▮▮   Swift Code: ▮▮▮▮▮▮▮▮
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

# INVOICE

| | |
|---|---|
| INVOICE # | 819179 |
| DATE | 10/31/2017 |
| DUE DATE | 10/31/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Dock Fees Oct 1-31 (31 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD4 | West Dockage @ $3.50/FT Oct 1-31 | 11,392.50 |
| USC3 | Utility Svc Chg 100A/240/Sgl Ph | 1,240.00 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $12,632.50 |
| SALES TAX | 757.95 |
| TOTAL | $13,390.45 |

**Wire Transfer:** ███████          **ABA Route:** ███████
                                    **Account** ███████
**Beneficiary:** ███████           **Swift Code:** ███████
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

# INVOICE

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 819181 |
| DATE | 10/31/2017 |
| DUE DATE | 10/31/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

### T/T Dock Fees Oct 1-31 (31 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 003154 | XOXO T/T | dd15 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Southport | 26' | Center Console |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD1 | West Dockage @ $1.25/FT/Day Oct 1-31 | 1,007.50 |
| USC | Non-Power Utility Svc Chg | 40.30 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $1,047.80 |
| SALES TAX | 62.87 |
| TOTAL | $1,110.67 |

**Wire Transfer:** B⬛⬛⬛⬛   **ABA Route:** ⬛⬛⬛⬛⬛
**Account:** ⬛⬛⬛⬛⬛
**Beneficiary:** ⬛⬛⬛⬛⬛   **Swift Code:** ⬛⬛⬛⬛⬛
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

# INVOICE

| | |
|---|---|
| INVOICE # | 819224 |
| DATE | 10/31/2017 |
| DUE DATE | 10/31/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Credit Sept & Oct Utility Svc Fees

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---------|------|------|----------|--------------|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|------|-----|-------|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|------|-------------|-----------|
| USC3 | Credit Utility Svc Chg 100A Sept 6-30 | (640.00) |
| USC | Non-Power Utility Svc Chg Sept 6-30 | 393.75 |
| USC3 | Credit Utility Svc Chg 100A Oct 1-31 | (1,240.00) |
| USC3 | Non-Power Utility Svc Chg Oct 1-31 | 488.25 |

### THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $(998.00) |
| SALES TAX | (59.88) |
| TOTAL | $(1,057.88) |

Wire Transfer: 
ABA Route: ████████
Account: ████████
Beneficiary: ████████
Swift Code: ████████
Senders foreign bank should wire the funds to their United States Correspondent Bank



# INVOICE

2029 SW 20th Street | Fort Lauderdale, FL 33315
(954) 713-0333 | ar@lauderdalemarinecenter.com

| Name | Mathew Cohen | Invoice Number | I - 0001406 |
|---|---|---|---|
| Address | 710 Park Ave #16A New York, NY 10021 | Invoice Date | 11/30/2017 |
| Email | | Payment Terms | Due Upon Receipt |

**Vessel Details**

| Vessel Name | XOXO | Boat LOA | 105 ft |
|---|---|---|---|
| Boat Manufacturer | | Boat Beam | 23 ft |
| Hull Material | | Boat Draft | 0 ft |

| Quantity | Days | Dates | Product | Pricing | Line Item Description | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 1 | 12 | 11/1/2017 - 11/13/2017 | 100A/240V/Single P. | 40.00 | Utility service charge: Includes single phase 100 amp/ 240 volt power, water, trash collection, 24/7 security and amenities | 40.00 | 480.00 |
| 1 | 30 | 11/1/2017 - 12/1/2017 | Dockage | 3.50 ft/day | Marina Dockage | 367.50 | 11,025.00 |
| 1 | 18 | 11/13/2017 - 12/1/2017 | 81+ No Power | 0.15 | Utility service charge: Includes water, trash collection, 24/7 security and amenities | 0.15 | 283.50 |

| | |
|---|---|
| Sub Total | $ 11,788.50 |
| Sales Tax | 707.31 |
| Total | $ 12,495.81 |

## THANK YOU FOR YOUR BUSINESS

| Wire Transfer: | | ABA Route: | |
|---|---|---|---|
| Beneficiary: | | Account: | |
| | | Swift Code: | |

Sender's foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

**INVOICE**

2029 SW 20th Street | Fort Lauderdale, FL 33315
(954) 713-0333 | ar@lauderdalemarinecenter.com

| | | | |
|---|---|---|---|
| Name | Mathew Cohen | Invoice Number | I - 0001410 |
| Address | 710 Park Ave #16A New York, NY 10021 | Invoice Date | 11/30/2017 |
| Email | | Payment Terms | Due Upon Receipt |

### Vessel Details

| | | | |
|---|---|---|---|
| Vessel Name | XOXO T/T | Boat LOA | 26 ft |
| Boat Manufacturer | | Boat Beam | 8 ft |
| Hull Material | | Boat Draft | 0 ft |

| Quantity | Days | Dates | Product | Pricing | Line Item Description | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 1 | 30 | 11/1/2017 - 12/1/2017 | Dockage | 1.25 ft/day | Marina Dockage | 32.50 | 975.00 |
| 1 | 30 | 11/1/2017 - 12/1/2017 | 0-50 No Power | 0.05 | Utility service charge: Includes water, trash collection, 24/7 security and amenities | 0.05 | 39.00 |

| | |
|---|---|
| Sub Total | $ 1,014.00 |
| Sales Tax | 60.84 |
| Total | $ 1,074.84 |

## THANK YOU FOR YOUR BUSINESS

**Wire Transfer:**

**Beneficiary:**

**ABA Route:**

**Account:**

**Swift Code:**

Sender's foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

**INVOICE**

2029 SW 20th Street | Fort Lauderdale, FL 33315
(954) 713-0333 | ar@lauderdalemarinecenter.com

| | | | |
|---|---|---|---|
| Name | Mathew Cohen | Invoice Number | I - 0001407 |
| Address | 710 Park Ave #16A New York, NY 10021 | Invoice Date | 12/13/2017 |
| Email | | Payment Terms | Due Upon Receipt |

**Vessel Details**

| | | | |
|---|---|---|---|
| Vessel Name | XOXO | Boat LOA | 105 ft |
| Boat Manufacturer | | Boat Beam | 23 ft |
| Hull Material | | Boat Draft | 0 ft |

| Quantity | Days | Dates | Product | Pricing | Line Item Description | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 1 | 14 | 12/1/2017 - 12/15/2017 | Dockage | 3.50 ft/day | Marina Dockage | 367.50 | 5,145.00 |
| 1 | 14 | 12/1/2017 - 12/15/2017 | 81+ No Power | 0.15 | Utility service charge: Includes water, trash collection, 24/7 security and amenities | 0.15 | 220.50 |

| | |
|---|---|
| Sub Total | $ 5,365.50 |
| Sales Tax | 321.93 |
| Total | $ 5,687.43 |

## THANK YOU FOR YOUR BUSINESS

Wire Transfer: █████████

Beneficiary: █████████

ABA Route: █████████

Account: █████████

Swift Code: █████████

Sender's foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

**INVOICE**

2029 SW 20th Street | Fort Lauderdale, FL 33315
(954) 713-0333 | ar@lauderdalemarinecenter.com

| | | | |
|---|---|---|---|
| Name | Mathew Cohen | Invoice Number | I - 0001409 |
| Address | 710 Park Ave #16A<br>New York, NY 10021 | Invoice Date | 12/13/2017 |
| Email | | Payment Terms | Due Upon Receipt |

**Vessel Details**

| | | | |
|---|---|---|---|
| Vessel Name | XOXO T/T | Boat LOA | 26 ft |
| Boat Manufacturer | | Boat Beam | 8 ft |
| Hull Material | | Boat Draft | 0 ft |

| Quantity | Days | Dates | Product | Pricing | Line Item Description | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 1 | 14 | 12/1/2017 - 12/15/2017 | Dockage | 1.25 ft/day | Marina Dockage | 32.50 | 455.00 |
| 1 | 30 | 12/1/2017 - 12/31/2017 | 0-50 No Power | 0.05 | Utility service charge: Includes water, trash collection, 24/7 security and amenities | 0.05 | 39.00 |

| | |
|---|---|
| Sub Total | $ 494.00 |
| Sales Tax | 29.64 |
| Total | $ 523.64 |

## THANK YOU FOR YOUR BUSINESS

**Wire Transfer:** ▰▰▰▰▰▰    **ABA Route:** ▰▰▰▰

**Beneficiary:** ▰▰▰▰▰▰    **Account:** ▰▰▰▰

**Swift Code:** ▰▰▰▰

Sender's foreign bank should wire the funds to their United States Correspondent Bank

**Marilyn Arce**

| | |
|---|---|
| **From:** | Marilyn Arce |
| **Sent:** | Wednesday, March 14, 2018 3:33 PM |
| **To:** | 'Matthew Cohen' |
| **Cc:** | Michelle Barbosa; Billy Alejandro; Troy Allenger |
| **Subject:** | RE: XOXO STATEMENT DUE UPON RECEIPT - ACTION REQUIRED |
| **Attachments:** | XOXO STATEMENT DUE UPON RECEIPT - ACTION REQUIRED.PDF |

Hello Matthew –

We still have not received the notification of payment or the payment for the amount of $ 44,657.06.

Pending your reply. I just tried calling you and it went to voicemail.

Please take a brief moment of your valuable time and complete the LMC Survey by going
to www.surveymonkey.com/r/maK23JPDY. Your input would help us to improve our services and enable us to serve you better. Thank
you in advance, we truly value your input.

Marilyn Arce
*Staff Accountant*
(o) 954-713-0382


LAUDERDALE
MARINE CENTER

Lauderdale Marine Center is now offering ACH as a payment method. We will continue to offer payment via
credit card Visa/Mc, Amex & Discover as an option (administrative fee applies). The fee can be avoided by using
ACH, cash, check or wire transfer.

**From:** Marilyn Arce <marce@lauderdalemarinecenter.com>
**Sent:** Tuesday, February 6, 2018 1:32 PM
**To:** 'Matthew Cohen' <matt@mattco.com>
**Subject:** RE: XOXO STATEMENT DUE UPON RECEIPT - ACTION REQUIRED

Hello Mathew –

Thank you for your email, I will wait until tomorrow.

**From:** Matthew Cohen [mailto:matt@mattco.com]
**Sent:** Tuesday, February 6, 2018 1:22 PM
**To:** Marilyn Arce <marce@lauderdalemarinecenter.com>
**Subject:** Re: XOXO STATEMENT DUE UPON RECEIPT - ACTION REQUIRED

1

Marilyn,

I thought this was paid by wire when we left? The person in my office who did it is out today but will be in tomorrow. I will find out first thing in the morning and take care of it ASAP. Thank you

Matthew Cohen
matt@mattco.com

On Feb 5, 2018, at 4:15 PM, Marilyn Arce <marce@lauderdalemarinecenter.com> wrote:

Hello –

Attached are the fees currently past due for XOXO, we tried processing the payment with the AMEX ending in # 6001 however it has declined. At this time the total amount due upon receipt is $44,657.06, we need payment information as soon as possible.

Pending your reply.

Please take a brief moment of your valuable time and complete the LMC Survey by going to www.surveymonkey.com/r/maK23JPDY. Your input would help us to improve our services and enable us to serve you better. Thank you in advance, we truly value your input.

Marilyn Arce
*Staff Accountant*
(o) 954-713-0382
<image001.jpg>

Lauderdale Marine Center is now offering ACH as a payment method. We will continue to offer payment via credit card Visa/Mc, Amex & Discover as an option (administrative fee applies). The fee can be avoided by using ACH, cash, check or wire transfer.

<XOXO STATEMENT DUE UPON RECEIPT - ACTION REQUIRED.pdf>

## Not Approved

| | |
|---|---|
| **Amount** | $45,974.44 |
| **Approval Code** | |
| **Response** | DECLINE - Do not honor |
| **CSC Response** | Match |
| **Order ID** | 194412183 |

**Email Receipts To**    ☐ BarbosaM@lauderdalemarinecenter.com , marce@lauderdalemarinecenter.com

                  ☐ marce@lauderdalemarinecenter.com

**Save Card**    ☐ Create a customer from this transaction

🛈 **Warning** - Please do not click the back or refresh buttons as this may cause your transaction to be duplicated.



# LAUDERDALE
### MARINE CENTER

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| 01676 | 12/12/17 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

AMOUNT
ENCLOSED $ _____

### TOTAL DUE PRIOR TO EST. DEPART DEC 14TH

| DATE | REFERENCE NO. | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 09/30/17 | 817628 | Dock Fees Sept 6-30 (25 days) | 10,417.15 | | 10,417.15 |
| 09/30/17 | 817630 | T/T Dock Fees Sept 6-30 (2 days) | 895.70 | | 11,312.85 |
| 10/01/17 | 818666 | Hazardous Waste Fee | 119.25 | | 11,432.10 |
| 10/31/17 | 819179 | Dock Fees Oct 1-31 (31 days) | 13,390.45 | | 24,822.55 |
| 10/31/17 | 819181 | T/T Dock Fees Oct 1-31 (31 days) | 1,110.67 | | 25,933.22 |
| 10/31/17 | 819224 | Credit Sept & Oct Utility Svc Fees | | 1,057.88 | 24,875.34 |
| 11/30/17 | 820586 | Dock Fees Nov 1-30 (30 days) | 12,495.81 | | 37,371.15 |
| 11/30/17 | 820587 | T/T Dock Fees Nov 1-30 (30 days) | 1,074.84 | | 38,445.99 |
| 12/12/17 | 820635 | Dock Fees Dec 1-14 Est. Departure (14 days) | 5,687.43 | | 44,133.42 |
| 12/12/17 | 820636 | T/T Dock Fees Dec 1-14 (14 days) | 523.64 | | 44,657.06 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | AMOUNT DUE |
|---|---|---|---|---|
| 19,781.72 | 13,443.24 | 11,432.10 | 0.00 | $44,657.06 |

Bank wires to ▓▓▓▓▓▓▓▓▓▓▓▓ / ABA Routing # ▓▓▓▓▓▓▓ / International Bank Swift # ▓▓▓▓▓▓
/ Beneficiary Name ▓▓▓▓▓▓▓▓▓▓▓▓ / Account ▓▓▓▓▓▓▓

*Thank You*



# LAUDERDALE
## MARINE CENTER

# INVOICE

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 817628 |
| DATE | 09/30/2017 |
| DUE DATE | 09/30/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Dock Fees Sept 6-30 (25 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD4 | West Dockage @ $3.50/FT Sept 6-30 | 9,187.50 |
| USC3 | Utility Svc Chg 100A/240/Sgl Ph | 640.00 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $9,827.50 |
| SALES TAX | 589.65 |
| TOTAL | $10,417.15 |

**Wire Transfer:**   **ABA Route:** 
**Account:**
**Beneficiary:**  **Swift Code:**
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

# INVOICE

| | |
|---|---|
| INVOICE # | 817630 |
| DATE | 09/30/2017 |
| DUE DATE | 09/30/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

### T/T Dock Fees Sept 6-30 (25 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 003154 | XOXO T/T | ed7 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Southport | 26' | Center Console |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD1 | West Dockage @ $1.25/FT Sept 6-30 | 812.50 |
| USC | Non-Power Utility Svc Chg | 32.50 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $845.00 |
| SALES TAX | 50.70 |
| TOTAL | $895.70 |

**Wire Transfer**   **ABA Route:** 
**Account:** ▓▓▓▓▓
**Beneficiary:** ▓▓▓▓▓  **Swift Code:** ▓▓▓▓▓
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

# INVOICE

| | |
|---|---|
| INVOICE # | 818666 |
| DATE | 10/01/2017 |
| DUE DATE | 10/01/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Hazardous Waste Fee

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| D-WO | 9 buckets Oil - Disposal Fee | 112.50 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $112.50 |
| SALES TAX | 6.75 |
| TOTAL | $119.25 |

Wire Transfer: ▓▓▓▓▓ ABA Route ▓▓▓▓▓
▓▓▓▓▓▓▓ Account: ▓▓▓▓▓
Beneficiary: ▓▓▓▓▓▓ Swift Code ▓▓▓▓▓
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

INVOICE

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 819179 |
| DATE | 10/31/2017 |
| DUE DATE | 10/31/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

### Dock Fees Oct 1-31 (31 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD4 | West Dockage @ $3.50/FT Oct 1-31 | 11,392.50 |
| USC3 | Utility Svc Chg 100A/240/Sgl Ph | 1,240.00 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $12,632.50 |
| SALES TAX | 757.95 |
| TOTAL | $13,390.45 |



**Wire Transfer:** ▓▓▓▓▓▓▓  **ABA Route** ▓▓▓▓▓▓
**Account** ▓▓▓▓▓▓
**Beneficiary:** ▓▓▓▓▓▓▓  **Swift Code:** ▓▓▓▓▓
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

# INVOICE

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 819181 |
| DATE | 10/31/2017 |
| DUE DATE | 10/31/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## T/T Dock Fees Oct 1-31 (31 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 003154 | XOXO T/T | dd15 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Southport | 26' | Center Console |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD1 | West Dockage @ $1.25/FT/Day Oct 1-31 | 1,007.50 |
| USC | Non-Power Utility Svc Chg | 40.30 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $1,047.80 |
| SALES TAX | 62.87 |
| TOTAL | $1,110.67 |

**Wire Transfer:**   **ABA Route** 
**Account:**
**Beneficiary:**  **Swift Code:**
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

# INVOICE

| | |
|---|---|
| INVOICE # | 819224 |
| DATE | 10/31/2017 |
| DUE DATE | 10/31/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Credit Sept & Oct Utility Svc Fees

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| USC3 | Credit Utility Svc Chg 100A Sept 6-30 | (640.00) |
| USC | Non-Power Utility Svc Chg Sept 6-30 | 393.75 |
| USC3 | Credit Utility Svc Chg 100A Oct 1-31 | (1,240.00) |
| USC3 | Non-Power Utility Svc Chg Oct 1-31 | 488.25 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $(998.00) |
| SALES TAX | (59.88) |
| TOTAL | $(1,057.88) |

**Wire Transfer:**   **ABA Route:** 
**Account:**
**Beneficiary:**  **Swift Code:**
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

# INVOICE

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 820586 |
| DATE | 11/30/2017 |
| DUE DATE | 11/30/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Dock Fees Nov 1-30 (30 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD4 | West Dockage @ $3.50/FT Nov 1-30 | 11,025.00 |
| USC3 | Utility Svc Chg 100A/240/Sgl Ph Nov 1-12 | 480.00 |
| USC | Non-Power Utility Svc Chg Nov 13-30 | 283.50 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $11,788.50 |
| SALES TAX | 707.31 |
| TOTAL | $12,495.81 |

Wire Transfer:      ABA Route 
Account
Beneficiary
Swift Code
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

**INVOICE**

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 820587 |
| DATE | 11/30/2017 |
| DUE DATE | 11/30/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

### T/T Dock Fees Nov 1-30 (30 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 003154 | XOXO T/T | dd15 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Southport | 26' | Center Console |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD1 | West Dockage @ $1.25/FT Nov 1-30 | 975.00 |
| USC | Non-Power Utility Svc Chg | 39.00 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $1,014.00 |
| SALES TAX | 60.84 |
| TOTAL | $1,074.84 |

Wire Transfer    ABA Route: 
Account
Beneficiary:   Swift Code:
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

# INVOICE

2029 SW 20ᵗʰ Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 820635 |
| DATE | 12/12/2017 |
| DUE DATE | 12/12/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## Dock Fees Dec 1-14 Est. Departure (14 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 001674 | XOXO- MANGUSTA | dd10 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Mangusta | 105' | |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD4 | West Dockage @ $3.50/FT Dec 1-14 | 5,145.00 |
| USC | Non-Power Utility Svc Chg | 220.50 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $5,365.50 |
| SALES TAX | 321.93 |
| TOTAL | $5,687.43 |

**Wire Transfer:**    **ABA Route:** 
**Account:**
**Beneficiary:**   **Swift Code:**
Senders foreign bank should wire the funds to their United States Correspondent Bank



# LAUDERDALE
## MARINE CENTER

INVOICE

2029 SW 20th Street | Fort Lauderdale, FL 33315
954-713-0333 | AR@lauderdalemarinecenter.com
www.lauderdalemarinecenter.com

| | |
|---|---|
| INVOICE # | 820636 |
| DATE | 12/12/2017 |
| DUE DATE | 12/12/2017 |
| CUSTOMER # | 01676 |

Mathew Cohen
710 Park Ave #16A
New York, NY 10021

## T/T Dock Fees Dec 1-14 (14 days)

| BOAT ID | NAME | SLIP | SERIAL # | REGISTRATION |
|---|---|---|---|---|
| 003154 | XOXO T/T | dd15 | | |

| MAKE | LOA | MODEL |
|---|---|---|
| Southport | 26' | Center Console |

| CODE | DESCRIPTION | LINE TOTAL |
|---|---|---|
| WD1 | West Dockage @ $1.25/FT Dec 1-14 | 455.00 |
| USC | Non-Power Utility Svc Chg | 39.00 |

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| SUBTOTAL | $494.00 |
| SALES TAX | 29.64 |
| TOTAL | $523.64 |

Wire Transfer:      ABA Route 
Account:
Beneficiary:     Swift Code:
Senders foreign bank should wire the funds to their United States Correspondent Bank